KENNETH H. SAMPSON, Respondent, *v.* MECHANICS AND TRADERS INSURANCE COMPANY OF NEW ORLEANS, Appellant, Impleaded with Another.

KENNETH H. SAMPSON, Respondent, *v.* THE WORLD FIRE AND MARINE INSURANCE COMPANY OF HARTFORD, Appellant, Impleaded with Another.

KENNETH H. SAMPSON, Respondent, *v.* THE NORTH RIVER INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant, Impleaded with Another.

KENNETH H. SAMPSON, Respondent, *v.* THE NEW HAMPSHIRE FIRE INSURANCE COMPANY OF MANCHESTER, Appellant, Impleaded with Another.

KENNETH H. SAMPSON, Respondent, *v.* ATLAS ASSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND, Appellant, Impleaded with Another.

(Argued November 25, 1935; decided December 10, 1935.)

*A. Lawrence Abrams* for appellants.
*Leonhardt W. Wagner* for respondent.

In each case, judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.